IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LULU RICHARDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-331-A |
| | § | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
| Defendant. | § | |

MEMORANDUM OPINION
and
ORDER

Came on for consideration the above-captioned action wherein Lulu Richardson is plaintiff and the Acting Commissioner of Social Security, currently Carolyn W. Colvin, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under the Social Security Act. On April 1, 2016, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until April 15, 2016, in which to file and serve any written objections thereto. On April 15, 2016, plaintiff electronically filed her objections, which were stricken by order signed April 18, 2016. On April 21, 2016, plaintiff again filed the objections, this

time on paper as required, but failed include an original signature. Hence, the objections were again stricken, this time by order signed April 21, 2016. Nevertheless, on April 29, 2016, the Commissioner filed her response to the objections as though they had been properly filed. And, the court has reviewed the record as though the objections had been timely and properly filed. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, the court has concluded that plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for a period of disability and disability insurance benefits filed on May 17, 2012, plaintiff, Lulu Richardson, is not disabled under sections 216(i) and 223(d) of the Social Security Act, be, and is hereby, affirmed.

SIGNED April 29, 2016.

JOHN McBRYDE
United States District Judge

2